*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-109**

IN RE: GEORGE J. GEESING
                              Respondent.

**Registration No. 449222**                    **BDN: 458-13**

BEFORE:    Thompson, Associate Judge, and Pryor and Nebeker, Senior Judges.

**ORDER**
(FILED - May 1, 2014)

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent from the practice of law in that jurisdiction for a period of 90 days, *see Attorney Grievance Com'n of Maryland v. Geesing*, 80 A.3d 718 (Md. 2013), this court's February 12, 2014, order suspending respondent pending further action of the court and directing him to show cause why the reciprocal discipline of a 90-day suspension should not be imposed, and the statements of Bar Counsel regarding reciprocal discipline, and it appearing that respondent filed an affidavit that satisfies the requirements of D.C. Bar R. XI, §14 (g) and *In re Goldberg*, 460 A.2d 982 (D.C. 1983), it is

ORDERED that George J. Geesing, is hereby suspended from the practice of law in the District of Columbia for a period of 90 days *nunc pro tunc* to January 2, 2014. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**